# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 21 MAL 2015

         Respondent

v.

EMRU KEBEDE,

         Petitioner

: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
: **Order** of the Superior Court at No. 1228
: MDA 2014 exited December 4, 2014,
: **affirming** the Order of the Lancaster
: County Court of Common Pleas at No.
: CP-36-CR-0003556-2007 exited June
: 27, 2014

## ORDER

**PER CURIAM**                 DECIDED:  February 17, 2016

    **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **GRANTED** on the issue of whether Petitioner's sentence violates the prohibition against mandatory life sentences for juvenile offenders announced by the Supreme Court of the United States in *Miller v. Alabama*, 567 U.S. ___, 132 S. Ct. 2455 (2012). As a result of the recent holding by that Court that *Miller* must be applied retroactively by the States, *see Montgomery v. Louisiana*, 2016 WL 280758 (U.S. Jan. 25, 2016), the Superior Court's order is **VACATED**, and the case is **REMANDED** for further proceedings consistent with *Montgomery.*

    Mr. Justice Eakin did not participate in the decision of this matter